AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |
|---|

| Case No.:<br>3:25-MJ-519-BT | Date and time warrant executed:<br>05/21/2025; 7:00 pm | Copy of warrant and inventory left with:<br>Warrant served electronically to AT&T |
|---|---|---|

Inventory made in the presence of :
N/A

Inventory of the property taken and name of any person(s) seized:

None. Tracking warrant electronically served to AT&T with the assistance of FBI Operational Support Technician Taylor O'Brien. AT&T began providing data at approximately 2:00am on 05/22/2025.

**FILED**

**May 23, 2025**

**KAREN MITCHELL**
**CLERK, U.S. DISTRICT**
**COURT**

| Certification |
|---|

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:  05/23/2025

_____
Kevin D. Ward
*Executing officer's signature*

Kevin D. Ward, Special Agent FBI
*Printed name and title*

Print          Save As          Reset

**SEALED**

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

In the Matter of the Search of

<table>
<tr><td>INFORMATION ASSOCIATED WITH THE<br>CELLULAR DEVICE ASSIGNED WITH<br>469-321-4163</td><td>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No. 3:25-MJ-519-BT</td></tr>
</table>

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____NORTHERN_____ District of _____TEXAS_____
*(identify the person or describe the property to be searched and give its location)*:

**See Attachment A. This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A), and 2711(3)(A). Because the government has satisfied the requirements of 18 U.S.C. § 3122, this warrant also constitutes as an order under 18 U.S.C. § 3123.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**See Attachment B**

**YOU ARE COMMANDED** to execute this warrant on or before _____June 4, 2025_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Rebecca Rutherford_____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☑ until, the facts justifying, the later specific date of _____06/19/2025_____

Date and time issued:    ___05/21/2025 4:55 pm___

City and state:    ___Dallas, Texas___

_____
*Judge's signature*

REBECCA RUTHERFORD, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

1.      The cellular telephone assigned call number 469-321-4163 ("SUBJECT ACCOUNT"), whose wireless service provider is AT&T Corporation ("AT&T"), a company headquartered at 208 S. Akard Street, Dallas, Texas 75202.

2.      Records and information associated with the SUBJECT ACCOUNT that is within the possession, custody, or control of AT&T.

## ATTACHMENT B

### Particular Things to be Seized

### I.  Information to be Disclosed by the Provider

All information about the location of the SUBJECT ACCOUNT described in Attachment A for a period of thirty days, during all times of day and night.  "Information about the location of the SUBJECT ACCOUNT" includes all available E-911 Phase II data, GPS data, latitude-longitude data, and other precise location information, as well as all data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the cellular telephone described in Attachment A.

To the extent that the information described in the previous paragraph (hereinafter, "Location Information") is within the possession, custody, or control of AT&T Corporation ("AT&T"), AT&T is required to disclose the Location Information to the government.   In addition, AT&T must furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the Location Information unobtrusively and with a minimum of interference with AT&T's services, including by initiating a signal to determine the location of the SUBJECT ACCOUNT on AT&T's network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government. The government shall compensate AT&T for reasonable expenses incurred in furnishing such facilities or assistance.

This warrant does not authorize the seizure of any tangible property.   In approving this warrant, the Court finds reasonable necessity for the seizure of the Location Information.  *See* 18 U.S.C. § 3103a(b)(2).

## II. Information to Be Seized by the Government

All information described above in Section I that will assist in arresting Muhammad Salman NASIR, who was charged with violating 18 U.S.C. §§ 1962(d) (Racketeer Influenced and Corrupt Organization Act Conspiracy); 1956(h) (Money Laundering Conspiracy); 1546(a) (Fraud and Misuse of Visas, Permits, and Other Documents); 371 (Conspiracy); and 1425 and 2 (False Naturalization and Attempt) on May 21, 2025, is the subject of an arrest warrant issued on May 21, 2025, and is a "person to be arrested" within the meaning of Federal Rule of Criminal Procedure 41(c)(4).

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.